JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARJEET SINGH<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, et al.<br><br>Defendants. | Case No. CV 07-5197 DSF (JCx)<br><br>JUDGMENT OF DISMISSAL |

The Court having previously issued a Second Order to Show Cause re Dismissal and Plaintiff not having shown a basis for subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, and that the action be dismissed without prejudice.

DATED:   January 2, 2008

DALE S. FISCHER
United States District Judge